# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

DEFENDANTS

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ❏ 1 U.S. Government Plaintiff
- ❏ 2 U.S. Government Defendant
- ❏ 3 Federal Question *(U.S. Government Not a Party)*
- ❏ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - Product Liability | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 376 Qui Tam (31 USC 3729(a)) |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | ❏ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ❏ 400 State Reapportionment |
| ❏ 140 Negotiable Instrument | ❏ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ❏ 410 Antitrust |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 330 Federal Employers' Liability | | | ❏ 820 Copyrights | ❏ 430 Banks and Banking |
| ❏ 151 Medicare Act | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 450 Commerce |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 835 Patent - Abbreviated New Drug Application | ❏ 460 Deportation |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | ❏ 840 Trademark | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ❏ 480 Consumer Credit |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 720 Labor/Management Relations | ❏ 861 HIA (1395ff) | ❏ 490 Cable/Sat TV |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 862 Black Lung (923) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 196 Franchise | | | ❏ 751 Family and Medical Leave Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 790 Other Labor Litigation | ❏ 864 SSID Title XVI | ❏ 891 Agricultural Acts |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | ❏ 791 Employee Retirement Income Security Act | ❏ 865 RSI (405(g)) | ❏ 893 Environmental Matters |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | **FEDERAL TAX SUITS** | ❏ 895 Freedom of Information Act |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 896 Arbitration |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | ❏ 950 Constitutionality of State Statutes |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ❏ 540 Mandamus & Other | ❏ 465 Other Immigration Actions | | |
| | | ❏ 550 Civil Rights | | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation - Transfer
- ❏ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

## VII. REQUESTED IN COMPLAINT:

❏ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:

**JURY DEMAND:** ❏ Yes ❏ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____ DOCKET NUMBER _____

DATE _____ SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

WEISBERG LAW  
Matthew B. Weisberg, Attorney ID No. 01565-2000  
7 South Morton Ave.  
Morton, PA 19070  
610-690-0801  
Fax: 610-690-0880  
**Attorney for Plaintiff**

SCHAFKOPF LAW, LLC  
Gary Schafkopf, Attorney ID No. 01224-2000  
11 Bala Ave  
Bala Cynwyd, PA 19004  
610-664-5200 Ext 104  
Fax: 888-238-1334  
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| Eddy Dormilus<br>828 Grove Street<br>Apt B-2<br>Irvington, NJ 07111 | :<br>:<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | :<br>: |
| New Jersey Department of Corrections<br>1300 Stuyvesant Ave<br>Trenton NJ, 07111 | :<br>:<br>:<br>: |
| And | :<br>: |
| Northern State Prison<br>168 Frontage Rd<br>Newark NJ 07114 | :<br>:<br>:<br>: |
| And | :<br>: |
| D. McGee, individually and in his official capacity as Corrections Officer of Northern State Prison<br>168 Frontage Rd<br>Newark NJ 07114 | :<br>:<br>:<br>:<br>: |
| And | :<br>: |
| George O. Robinson, Jr. individually and In his official capacity as Administration Correction Officer of Northern State Prison<br>168 Frontage Rd<br>Newark, NJ 07114<br>And | :<br>:<br>:<br>:<br>:<br>: |

CIVIL ACTION NO.:

**JURY TRIAL DEMANDED**

| | |
|---|---|
| John Does 1-10 | : |
| | : |
| Defendants. | : |

# CIVIL ACTION COMPLAINT

**I.   Jurisdiction and Venue**

1. Jurisdiction in this Honorable Court is based on a violation of federal law conferred by 28 U.S.C. §1331; supplemental jurisdiction over state law claims is granted by 28 U.S.C.§1367.

2. Venue lies in this district in that the events giving rise to this claim occurred here, at least one (1) Defendant resides, maintains a principal place of business, and/or does business here, and/or the property which is the subject of this action is situated within this district.

**II.   Parties**

3. Plaintiff, Eddy Dormilus, is an adult individual, currently residing at the above captioned address.

4. Defendant, New Jersey Department of Corrections, is an entity existing under the laws of the State of New Jersey, with an office for the acceptance of services at the above captioned address.

5. Defendant, Northern State Prison, is an entity existing under the laws of the State of New Jersey operating in the County of Essex, is a division of the New Jersey Department of Corrections, doing business at the above captioned address.

6. Defendant, D. McGee, is an adult individual who, at all times material herein, acted individually, and/or as an agent, servant, workman, and/or employee of the Northern State Prison, as well as in his official capacity as Corrections Officer, acting under color of State Law.

7. Defendant, George O. Robinson, is an adult individual who, at all times material herein, acted individually, and/or as an agent, servant, workman, and/or employee of the Northern State Prison, as well as in his official capacity as Administrative Corrections Officer, acting under color of State Law.

8. Defendants, John Does 1-10, is a moniker/fictitious name for individuals and entities currently unknown but will be substituted when known, as affiliated, associated or liable hereunder for the reasons set forth below or inferred therefrom. Each of these parties are incorporated as Defendants in each and every count and averment listed above and below. Upon information and belief, Defendants, John Does, were agents, servants, workmen, or employees of Co-Defendant, liable to Plaintiff hereunder.

**IV.     Statement of Claims**

9. Plaintiff was a former inmate in the Northern State Prison in Newark, NJ.

10. On or about January 6, 2019, Plaintiff was told by his unit officer to report to the law library for a routine urinalysis.

11. Upon arriving at the law library desk, Plaintiff told Defendant, Officer McGee that he was ready to urinate. McGee shouted, "shut the fuck up and sit the fuck down!"

12. Plaintiff did not verbally respond but sat down.

13. McGee then shouted, "shut the fuck up and sit the fuck down before I smack the shit out of you!"

14. McGee then walked up to Plaintiff and pepper sprayed Plaintiff. McGee then punched Plaintiff in the right temple right below the ear and continued to punch Plaintiff until more Defendants, John Does (approximately four or five) officers arrived.

15. Knowing that there was video surveillance in the law library, the Defendant officers dragged Plaintiff into the bathroom near the law library, slammed Plaintiff's head against the wall, and continued to punch Plaintiff, including in the head and midsection area of the body.

16. Defendants then dragged Plaintiff out of the bathroom and slammed Plaintiff on the floor in front of the bathroom.

17. Defendants then pepper sprayed Plaintiff a second time – to amplify the pain to Plaintiff.

18. Defendants then placed Plaintiff in handcuffs that were so tight on Plaintiff's wrists that both of his hands became numb from lack of blood circulation.

19. While Plaintiff was escorted to the medical station, Defendants continued to twist Plaintiff's handcuffed wrists and pushed Plaintiff's thumbs backwards will full force, which resulted in permanent numbness of Plaintiff's thumbs.

20. Following the assault and during the disciplinary process Plaintiff was assigned to a room without a mattress or blanket.

21. Plaintiff was forced to sleep on a cold concrete floor for five (5) days. Plaintiff did not sleep for those five (5) days and spent the nights shivering and walking around the room to keep warm.

22. Upon information and belief, Defendant McGee has a history of provoking inmates and then assaulting them. McGee also has a history of being disciplined.

23. The conduct of the Defendants was part of a custom, policy and/or practice and these customs, policies or practices caused the violations of Plaintiff's rights.  Specifically, Defendants use excessive force, fail to provide appropriate medical care, fail to train, supervise or otherwise.

24. Plaintiff has suffered and continues to suffer severe physical and psychological stress as a result.

V.        Causes of Action

## COUNT I
### Excessive Force/Assault & Battery

25. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

26. At the time of Defendants' conduct, Plaintiff had not committed any infraction or otherwise to legally justify the force used by Defendants.

27. Defendants' actions stated above, *inter alia,* were committed under color of state law and were violations of Plaintiff's clearly establish and well settled Constitutional and other legal rights.

28. Defendants caused Plaintiff to suffer excessive force by their wrongful conduct all in violation of the Fourth, Eighth and Fourteenth Amendments of the United States Constitution, actionable through 42 U.S.C. §1983, et seq and common law.

## COUNT II
### *Monell*

29. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

30. Prior to the events described herein, Defendants developed and maintained policies, practices, procedures and customs exhibiting deliberate indifference to the Constitutional rights of persons within the geographic and jurisdictional limits of the County of Essex, which caused violations of Plaintiff's constitutional and other rights.

31. The above described acts or omissions by Defendants, demonstrated a deliberate indifference to the rights of citizens, such as Plaintiff, and were the cause of the violations of Plaintiff's rights as set forth herein.

32. Plaintiff suffered harm due to Defendants' conduct.

## COUNT III
### N.J.S.A. 10:6-2 – New Jersey Civil Rights Act

33. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

34. Defendants' actions stated above, *inter alia,* were committed under color of state law and were violations of Plaintiff's clearly establish and well settled rights under the New Jersey Civil Rights Act.  N.J.S.A. 10:6-2.

35. Plaintiff suffered harm due to Defendants' conduct.

## COUNT IV
### Eighth Amendment Violation- Failure To Provide Medical Care And Treatment/ Cruel And Unusual Punishment

36. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

37. Defendants showed deliberate indifference to Plaintiff's serious medical needs and wanton infliction of pain.

38. Defendants' actions stated above, inter alia, were committed under color of state law and were violations of Plaintiff's clearly establish and well settled Constitutional and other legal rights.

39. Defendants caused Plaintiff to suffer cruel and unusual punishment in violation of the Eighth Amendment of the United States Constitution, actionable through 42 U.S.C. §1983, et seq.

VI. **Prayer for Relief**

**WHEREFORE**, Plaintiff respectfully requests this Honorable Court enter judgment in his favor and against Defendants, individually, jointly and severally, in an amount in excess of seventy-five thousand dollars ($75,000), plus such other and further relief as this Honorable Court deems necessary and just, and to Order the following relief:

a. Statutory damages;
b. Compensatory damages, including;
   i. Actual damages for financial and physical injuries, including but not limited to wage loss and loss of earning capacity, attorneys' fees related to the criminal defense, and emotional distress;
   ii. Attorneys' fees and expenses, and costs of suit.
c. Injunctive relief, including;
   i. Monitoring and training.

Respectfully Submitted,

WEISBERG LAW  
BY: /s/ *Matthew Weisberg*  
MATTHEW B. WEISBERG, ESQ

DATED: 12-20-19

SCHAFKOPF LAW, LLC  
BY: /s/ *Gary Schafkopf*  
GARY SCHAFKOPF, ESQ.

DATED: 12-20-19